378 A.2d 862

**COMMONWEALTH of Pennsylvania**

v.

**Dennis McDONALD, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 26, 1977.

Decided Oct. 28, 1977.

Lester G. Nauhaus, Paulette J. Balogh, Asst. Public Defender, Pittsburgh, for appellant.

Robert L. Eberhardt, Asst. Dist. Atty., Pittsburgh, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and PACKEL, JJ.

## OPINION

PER CURIAM.

Order affirmed.